An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

BARBARA GILMORE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,
Appellant,
vs.
DESERT CAB, INC.,
Respondent.

No. 62905

**FILED**

APR 1 6 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER OF REVERSAL AND REMAND

This is an appeal from a district court order dismissing a class action for minimum wages. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

The Minimum Wage Amendment to the Nevada Constitution, Nev. Const. art. 15, § 16, implicitly repealed NRS 608.250(2)(e)'s exception for taxicab drivers. *Thomas v. Nevada Yellow Cab Corp.*, 130 Nev. ___, 327 P.3d 518 (2014). Therefore, appellant taxicab driver stated a viable claim for minimum wages, and we

ORDER the judgment of the district court REVERSED AND REMAND this matter to the district court for further proceedings.[1]

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

---

[1]We have considered the parties' arguments on appeal, and we decline to further address them.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-11484

cc: Hon. Douglas W. Herndon, District Judge
Leon Greenberg Professional Corporation
Moran Law Firm, LLC
Eighth District Court Clerk